```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
     Plaintiff,               )
                              )   CRIMINAL NO. 06-10014-DPW
     v.                       )
                              )
MARK J. BUCHANAN,             )
     Defendant.               )
```

## MEMORANDUM AND ORDER
### November 22, 2006

After further reflection, consideration of the defendant's role in and return from the proceeds of the crime and his limited ability to satisfy financial obligations arising from the offense (which caused me not to impose a fine), and given the vagaries of effectively coordinating joint and several liability with persons separately prosecuted in the state court, I have determined to reframe the restitution dimension to the Judgment in this case from that announced at the conclusion of the sentencing hearing yesterday.

Under the Judgment I am executing contemporaneously with this Memorandum and Order, the defendant will be held to restitution in the amount of $1000, interest on restitution shall be waived, and the defendant's restitutionary obligation shall be sole and not joint and several.

/s/ Douglas P. Woodlock
_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE